UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VIVIAN BURNS,<br><br>       Plaintiff,<br><br> v.<br><br>RICARDO MARTINEZ et al.,<br><br>       Defendants. | CASE NO. 2:24-cv-01826-LK<br><br>ORDER DEFERRING CONSIDERATION OF REPORT AND RECOMMENDATION |

   This matter comes before the Court *sua sponte*. On November 5, 2024, Plaintiff Vivian Burns filed an application for leave to proceed *in forma pauperis* ("IFP"). Dkt. No. 1. On November 8, 2024, the Clerk sent Ms. Burns a Notice of Filing Deficiency, noting that not all sections of the IFP application were "completed, signed, and dated." Dkt. No. 4 at 1. This Notice was sent to Ms. Burns at 10605 SE 240th Street, No. 344, Kent, WA 98301, *id.*, which was, at the time, the address on file for Ms. Burns in this matter.

   On December 16, 2024, United States Magistrate Judge Brian A. Tsuchida issued a Report and Recommendation ("R&R"), recommending that the Court deny Ms. Burns' IFP application and direct Ms. Burns to either submit a completed IFP application or pay the usual filing fee within

ORDER DEFERRING CONSIDERATION OF REPORT AND RECOMMENDATION - 1

14 days of the adoption of the R&R. Dkt. No. 6 at 2. A copy of the R&R was sent to Ms. Burns at the SE 240th Street address. However, both the Notice of Filing Deficiency and the R&R were returned as undeliverable, with stamps indicating that Ms. Burns was no longer at that address. Dkt. Nos. 5, 7.

Because Ms. Burns' filings list her address as 1229 W. Smith Street, Kent, WA 98302, *see* Dkt. No. 1-2 at 1-15; Dkt. No. 1-3 at 1; Dkt. No. 1-4 at 1, the Court DIRECTS the Clerk to send copies of the Notice of Filing Deficiency, the R&R, and this Order to Ms. Burns at that address. Ms. Burns is ORDERED to correct her address and any filing deficiencies within 14 days of this Order. Failure to do so will result in dismissal. In the meantime, the Court DEFERS its ruling on the R&R.

Dated this 15th day of January, 2025.

Lauren King
United States District Judge

ORDER DEFERRING CONSIDERATION OF REPORT AND RECOMMENDATION - 2