UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VIVIAN BURNS,<br><br>                    Plaintiff,<br><br>         v.<br><br>RICARDO MARTINEZ et al.,<br><br>                    Defendants. | CASE NO. 2:24-cv-01826-LK<br><br>ORDER DISMISSING CASE |

This matter comes before the Court sua sponte. On February 6, 2025, this Court adopted Magistrate Judge Brian A. Tsuchida's Report and Recommendation, Dkt. No. 6, recommending Plaintiff Vivian Burns' application to proceed in forma pauperis ("IFP") be denied, Dkt. No. 1. Dkt. No. 9; *see also* Dkt. No. 13 (Judgment). On July 8, 2025, Ms. Burns filed a Motion to Proceed with Cause of Action in which she indicated that she had not been receiving communications from the Court. *See* Dkt. No. 11. On July 17, 2025, this Court granted Ms. Burns' motion and vacated its prior judgment, ordering Ms. Burns to file a corrected IFP application by August 7, 2025. Dkt. No. 14 at 2–3. The Court warned Ms. Burns that failure to submit the requested IFP application or alternatively pay the case filing fee would result in the dismissal of her case. *Id.* at 3.

ORDER DISMISSING CASE - 1

Ms. Burns did not file a corrected IFP application or pay the case filing fee. Accordingly, the Court DISMISSES this case without prejudice.

Dated this 29th day of August, 2025.

*Lauren King*

Lauren King
United States District Judge